# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12211

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
**Trustee**             Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                                Memphis, TN 38101-1918
**Assoc. Attorney**

March 19, 2010        **RECEIVED**

**MAR 2 2 2010**

Lori – Bankruptcy Court
Alexander Pirnie Federal Building            OFFICE OF THE BANKRUPTCY CLERK
10 Broad Street. Room 230                                UTICA, NY
Utica, New York 13501

Re:    07-61136       Robert A. Gisondi       received 3-22-10

Dear Lori:

Enclosed please find check **#806736** in the amount of **$1,119.50**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

**RECEIVED**

| | |
|---|---|
| Claim No. | 5 |
| Account No. | 4104169000009977 |
| Creditor | Compucredit<br>245 Perimeter Ctr Pkwy #600<br>Atlanta, GA 30346 |

**MAR 2 2 2010**

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

**FILED**
**MAR 2 2 2010**
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY