# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

October 12, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**FILED**
OCT 13 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:    07-61136              Robert A. Gisondi

To Whom It May Concern:                                                    ♂ 10/13/10

Enclosed please find check #**921974** in the amount of **$.01**. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Robert A. Gisondi
74 Washington Street
Gloversville, NY 12078

2010 OCT 13  RECEIVED

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Receipt # 6110081